B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re ALL AMERICAN PROPERTIES, INC.
    a Corporation

Case No.
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>RATTET PASTERNAK & GRODON<br>550 MAMARONECK AVE<br>HARRISON NY 10528 | Phone:<br>RATTET PASTERNAK & GRODON<br>550 MAMARONECK AVE<br>HARRISON NY 10528 | LEGAL FEES | | $ 232,362.99 |
| 2<br>ORIGINATORS RESOURCE GROUP<br>265 MADISON AVE<br>PENTHOUSE SUITE<br>NEW YORK NY 10016 | Phone:<br>ORIGINATORS RESOURCE GROUP<br>265 MADISON AVE<br>PENTHOUSE SUITE<br>NEW YORK NY 10016 | TRADE DEBT | | $ 180,000.00 |
| 3<br>PARENTE BEARD LLC<br>P.O. BOX 13090<br>NEWARK NJ 07155 | Phone:<br>PARENTE BEARD LLC<br>P.O. BOX 13090<br>NEWARK NJ 07155 | ACCOUNTING FEES | | $ 146,923.85 |
| 4<br>SEAMON WHITESIDE + ASSOCIATES<br>501 WANDO PARK BLVD<br>SUITE 200<br>MT PLEASANT SC 29464 | Phone:<br>SEAMON WHITESIDE + ASSOCIATES<br>501 WANDO PARK BLVD<br>SUITE 200<br>MT PLEASANT SC 29464 | LEGAL FEES | | $ 102,025.31 |
| 5<br>SANDER INGEBRETSEN & WAKE PC<br>1660 17TH STREET<br>SUITE 450<br>DENVER CO 80202 | Phone:<br>SANDER INGEBRETSEN & WAKE PC<br>1660 17TH STREET<br>SUITE 450<br>DENVER CO 80202 | PROFESSIONAL SERVICES | | $ 66,000.00 |

Page 1

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>KENNETH N. MILLER<br>1140 AVENUE OF THE AMERICAS<br>SUITE 1800<br>NEW YORK NY 10036 | Phone:<br>KENNETH N. MILLER<br>1140 AVENUE OF THE AMERICAS<br>SUITE 1800<br>NEW YORK NY 10036 | LEGAL FEES | | $ 48,070.29 |
| 7<br>COZEN O' CONNOR<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | Phone:<br>COZEN O' CONNOR<br>1900 MARKET STREET<br>PHILADELPHIA PA 19103 | TRADE DEBT | | $ 23,572.75 |
| 8<br>TETRA CORPORATE SERVICES<br>3165 E. MILLROCK DRIVE<br>SUITE 400<br>SALT LAKE CITY UT 84121 | Phone:<br>TETRA CORPORATE SERVICES<br>3165 E. MILLROCK DRIVE<br>SUITE 400<br>SALT LAKE CITY UT 84121 | TRADE DEBT | | $ 5,027.42 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, FRANK NOCITO , President of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 2-9-10

Signature
Name: FRANK NOCITO
Title: President