IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | CASE NO. 1-10-00273 |
| ALL AMERICAN PROPERTIES, INC. | : | |
| | : | CHAPTER 11 |
| Debtor | : | |

**MOTION TO AMEND CAPTION OF CASE**

The Motion of All American Properties, Inc. ("Debtor") by and through its attorneys, Cunningham & Chernicoff, P.C. to Amend Caption of Case is as follows:

1. On January 14, 2010, Debtor filed a Petition under Chapter 11 of the Bankruptcy Code (the "Code").

2. The Debtor is in possession of its property and is now operating its business and managing its property.

3. Debtor wishes to amend the caption of its Chapter 11 case to read as follows:

    ALL AMERICAN PROPERTIES, INC. f/k/a

    ALL AMERICAN PLAZAS, INC.

4. The purpose of this Amendment is to add a former name of the corporation.

WHEREFORE, All American Properties, Inc., Debtor herein, respectfully requests that the Honorable Court enter an Order amending the caption of the Debtor's case to read as follows: ALL AMERICAN PROPERTIES, INC. f/k/a ALL AMERICAN PLAZAS, INC., and that the Debtor be awarded such further relief as is just.

Respectfully submitted,

CUNNINGHAM & CHERNICOFF, P.C.

By: /s/ Robert E. Chernicoff
    Robert E. Chernicoff, Esquire
    2320 North Second Street
    Harrisburg, PA 17110
    Telephone: (717) 238-6570
    *Attorneys for Debtor*

Date: February 26, 2010