IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1-10-00273 |
| ALL AMERICAN PROPERTIES, INC. | : | |
| f/k/a ALL AMERICAN PLAZAS, INC. | : | |
| | : | CHAPTER 11 |
| Debtor | : | |

AMENDMENTS TO SCHEDULES B, D, F, G, H,
AND STATEMENT OF FINANCIAL AFFAIRS

Please amend the attached schedules in the above-referenced case as follows:

Respectfully submitted,

CUNNINGHAM & CHERNICOFF, P.C.

By: /s/ Robert E. Chernicoff

Robert E. Chernicoff, Esquire
2320 North Second Street
P.O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570

Date: March 19, 2010

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re *ALL AMERICAN PROPERTIES, INC., a Corporation*

Case No. *1-10-00273*
Chapter *11*

_______________________________ / Debtor

## SUMMARY OF SCHEDULES
## Amended March 19, 2010

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 7 | $ 0.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 3 | | $ 8,158,850.84 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 15,747,272.20 | |
| G-Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H-Codebtors | Yes | 3 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 24 | $ 0.00 | $ 23,906,123.04 | |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re *ALL AMERICAN PROPERTIES, INC., a Corporation*

Case No. *1-10-00273*
Chapter *11*

______________________________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6B (Official Form 6B) (12/07)

In re *ALL AMERICAN PROPERTIES, INC.*, Debtor(s) Case No. *1-10-00273* (if known)

# SCHEDULE B-PERSONAL PROPERTY

## Amended March 19, 2010

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | DEPOSIT/TRANSFER ACCOUNT<br>Location: PNC BANK | | $ 3,804.29 |
| | | DEPOSIT/TRANSFER ACCOUNT<br>Location: WACHOVIA BANK | | $ 15,306.33 |
| | | DEPOSIT/TRANSFER ACCOUNT<br>Location: WACHOVIA BANK | | $ 0.00 |
| | | DEPOSIT/TRANSFER ACCOUNT<br>Location: SUSQUEHANNA BANK | | $ 19,574.57 |
| | | DEPOSIT/TRANSFER ACCOUNT<br>Location: PNC BANK | | $ 15,896.04 |
| | | LOTTERY ACCOUNT<br>Location: SUSQUEHANNA BANK | | $ 8,699.74 |
| | | LOTTERY ACCOUNT<br>Location: PNC BANK | | $ 19,491.53 |
| | | LOTTERY ACCOUNT<br>Location: WACHOVIA BANK | | $ 30,807.42 |

In re *ALL AMERICAN PROPERTIES, INC.*, Debtor(s)

Case No. *1-10-00273* (if known)

# SCHEDULE B-PERSONAL PROPERTY

## Amended March 19, 2010

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | MONEY MARKET ACCOUNT<br>Location: CONNECTICUT COMM BANK | | $ 0.00 |
| | | MONEY MARKET SAVINGS<br>Location: WACHOVIA BANK | | $ 23,427.23 |
| | | MONEY MARKET SAVINGS ACCOUNT<br>Location: WACHOVIA BANK | | $ 0.00 |
| | | OPERATING ACCOUNT<br>Location: CONNECTICUT COMM BANK | | $ 7,359.06 |
| | | OPERATING ACCOUNT<br>Location: WACHOVIA BANK | | $ 0.00 |
| | | OPERATING ACCOUNT<br>Location: WACHOVIA BANK | | $ 169,594.63 |
| | | PAYROLL ACCOUNT<br>Location: WACHOVIA BANK | | $ 0.00 |
| | | PERKINS GIFT CARD ACCOUNT<br>Location: SUSQUEHANNA BANK | | $ 3,315.53 |
| | | PETTY CASH ACCOUNT<br>Location: SUSQUEHANNA BANK | | $ 0.00 |
| | | REAL ESTATE & CONSTRUCTION ACCOUNT<br>Location: CONNECTICUT COMM BANK | | $ 145.83 |
| | | WESTERN UNION ACCOUNT<br>Location: WACHOVIA BANK | | $ 5,462.11 |

In re *ALL AMERICAN PROPERTIES, INC.*, Debtor(s)

Case No. *1-10-00273* (if known)

# SCHEDULE B-PERSONAL PROPERTY

## Amended March 19, 2010

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *WESTERN UNION ACCOUNT*<br>*Location: PNC BANK* | | *$ 1,967.79* |
| | | *WESTERN UNION ACCOUNT*<br>*Location: SUSQUEHANNA BANK* | | *$ 4.98* |
| | | *WESTERN UNION ACCOUNT*<br>*Location: MILTON SAVINGS BANK* | | *$ 2,723.29* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% INTEREST IN CARLYLE GABLES PROPERTIES, INC. - ASSETS INCLUDE PROPERTY LOCATED AT 1240 HARRISBURG PIKE, CARLISLE, PA* | | *$ 0.00* |
| | | *100% INTEREST IN CLARKS FERRY PROPERTIES, INC. - ASSETS INCLUDE A TRUCK PLAZA LOCATED AT 24 BIENVENU ROAD, DUNCANNON, PA* | | *$ 0.00* |

B6B (Official Form 6B) (12/07)

In re *ALL AMERICAN PROPERTIES, INC.*, Debtor(s) — Case No. *1-10-00273* (if known)

# SCHEDULE B-PERSONAL PROPERTY

## Amended March 19, 2010

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *100% INTEREST IN FRYSTOWN ALL AMERICAN PROPERTIES, INC. - ASSETS INCLUDE REAL PROPERTY LOCATED AT SOUTHWEST QUADRANT OF ROUTE 645 & INTERSTATE 78, BETHEL, PA* | | *$ 0.00* |
| | | *100% INTEREST IN FRYSTOWN GABLE - ASSETS INCLUDE FORMER TRUCK PLAZA LOCATED NEAR INTERSTAE 78, BETHEL, PA* | | *$ 0.00* |
| | | *100% INTEREST IN HARRISBURG GABLES PROPERTIES, INC. - ASSETS INCLUDE REAL PROPERTY LOCATED AT 7800 LINGLESTOWN ROAD, HARRISBURG, PA* | | *$ 0.00* |
| | | *INTEREST IN KEYSTONE PROPERITES, INC. - NO ASSETS* | | *$ 0.00* |
| | | *INTEREST IN MILTON PETRO PROPERTIES, INC. - ASSETS INCLUDE PROPERTY IN MILTON, PA. SECURED CREDITOR HAS TAKEN OVER OPERATIONS* | | *Unknown* |
| | | *SHARES - ONE MILLION SHARES IN ABLE ENERGIES* | | *$ 100,000.00* |
| 14. Interests in partnerships or joint ventures. Itemize. | *X* | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | *X* | | | |
| 16. Accounts Receivable. | *X* | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | *X* | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | *X* | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | *X* | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | *X* | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *POSSIBLE CLAIM AS TO RECOVERY OF THE REAL ESTATE IN NORTHUMBERLAND COUNTY UTILIZED BY MILTON PETRO* | | *Unknown* |

In re *ALL AMERICAN PROPERTIES, INC.*, Debtor(s)

Case No. *1-10-00273* (if known)

# SCHEDULE B-PERSONAL PROPERTY

## Amended March 19, 2010

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | LICENSES/PERMITS/CERTIFICATIONS - SEE LIST MARKED #23 | | $ 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 1987 FORD 350 CUBE<br>Location: In debtor's possession | | $ 500.00 |
| | | 1990 FORD F250 CUSTOM<br>Location: In debtor's possession | | $ 940.00 |
| | | 1990 FORD F350<br>Location: In debtor's possession | | $ 1,240.00 |
| | | 1991 FREIGHTLINER TRACTOR<br>Location: In debtor's possession | | Unknown |
| | | 1993 FORD F150<br>Location: In debtor's possession | | $ 1,125.00 |
| | | 1997 FORD EXPEDITION<br>Location: In debtor's possession | | $ 2,665.00 |
| | | 1997 FORD F250<br>Location: In debtor's possession | | $ 1,890.00 |
| | | 1999 CHEVROLET 3500 BOX VAN<br>Location: In debtor's possession | | $ 3,065.00 |

In re *ALL AMERICAN PROPERTIES, INC.*, Debtor(s)

Case No. *1-10-00273* (if known)

# SCHEDULE B-PERSONAL PROPERTY

## Amended March 19, 2010

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2001 FORD F150<br>Location: In debtor's possession | | $ 2,565.00 |
| | | 2004 FORD EXPLORER<br>Location: In debtor's possession | | $ 6,500.00 |
| | | 2004 FORD EXPLORER<br>Location: In debtor's possession | | $ 8,295.00 |
| | | 2004 FORD F250<br>Location: In debtor's possession | | $ 5,910.00 |
| | | 2004 FORD TAURUS<br>Location: In debtor's possession | | $ 777.38 |
| | | 2005 FORD E350<br>Location: In debtor's possession | | $ 7,405.00 |
| | | 2005 FORD ECONOLINE<br>Location: In debtor's possession | | $ 5,650.00 |
| | | 2005 FORD F150<br>Location: In debtor's possession | | $ 5,025.00 |
| | | 2006 FORD 500<br>Location: In debtor's possession | | $ 5,150.00 |
| | | 2006 FORD EXPEDITION<br>Location: In debtor's possession | | $ 11,200.00 |
| | | 2006 FORD F350<br>Location: In debtor's possession | | $ 17,000.00 |

#23

CLARKS FERRY ALL AMERICAN
PERMITS, CERTIFICATES, ETC.

| ***CERTIFICATE, PERMIT, LICENSE*** |
|---|
| PA Department of Health - Occupancy Permit |
| Department of Agriculture - Eating & Drinking |
| PA Department of Env. Protection |
| PA Department of Health - Drug & Device Reg |
| PA Department of Labor/Industry - Liquefied Pet |
| PA Department of Revenue - Cigarette Dealer |
| PA Department of Revenue - Fuel Dealer Users |
| PA Department of Revenue - Sales Tax License |
| PA Lottery |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |

FRYSTOWN ALL AMERICAN
PERMITS, CERTIFICATES, ETC.

| ***CERTIFICATE, PERMIT, LICENSE*** |
|---|
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| Certificate of Boiler or Pressure Vessel Operation |
| PA Department of Health - Occupancy Permit |
| Department of Agriculture - Eating & Drinking |
| Inspection Station Certificate of Appointment |
| PA Department of Env. Protection - Sewage |
| PA Department of Health - Drug & Device Reg |
| PA Department of Labor/Industry - Liquefied Petro |
| PA Revenue-Cigarette Dealer-Over Counter |
| PA Revenue - Cigarette Dealer-Wholesale |
| PA Department of Revenue - Fuel Dealer Users |
| PA Department of Revenue - Sales Tax License |
| PA Lottery |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |
| Storage Tank Registration/Permit Certificate |

B6B (Official Form 6B) (12/07)

In re ALL AMERICAN PROPERTIES, INC., Debtor(s)

Case No. 1-10-00273 (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended March 19, 2010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | EQUIPMENT - SEE ATTACHMENT MARKED # 29 | | $ 853,495.45 |
| 30. Inventory. | | INVENTORY- SEE ATTACHED LIST MARKED #30 | | $ 1,044,153.32 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page 7 of 7

Total → $ 2,412,131.52

(Report total also on Summary of Schedules.) Include amounts from any continuation sheets attached.




BREEZEWOOD ALL AMERICAN
EQUIPMENT INVENTORY
SUMMARY

| Department Area | Replacement Cost | Estimated Value |
|---|---|---|
| Offices | $4,200.00 | $2,100.00 |
| Fuel | $166,000.00 | $83,000.00 |
| Maintenance | $2,900.00 | $1,450.00 |
| Store | $65,700.00 | $46,850.00 |
| Motel | $0.00 | $0.00 |
| Garage | $60,679.00 | $30,339.50 |
| Public Areas | $0.00 | $0.00 |
| Restaurant | $170,900.00 | $99,450.00 |
| Subway | $0.00 | |
| Food Court | $23,250.00 | $11,625.00 |
| **Facility Total** | **$493,629.00** | **$274,814.50** |

Breezewood All American Plaza     Equipment Inventory     Offices - #07

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Computer w/ Monitor, Keyboard & Printer | | | | $1,200.00 | $600.00 |
| 1 | Safe | | | | $3,000.00 | $1,500.00 |
| | | | Grand Total | | $4,200.00 | $2,100.00 |

Breezewood All American Plaza Equipment Inventory Fuel Island - #07

| Quantity | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Ruby System | | | | $20,000.00 | $10,000.00 |
| 1 | Truck Scale | Toledo | | | $140,000.00 | $70,000.00 |
| 1 | Yellow Fork Lift | Clark | | | $6,000.00 | $3,000.00 |
| | | | Grand Total | | $166,000.00 | $83,000.00 |

Breezewood All American Plaza    Equipment Inventory    Maintenance - #07

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 3 | Super Vacuums | | | | $1,800.00 | $900.00 |
| 1 | Floor Scrubber | | | | $600.00 | $300.00 |
| 1 | Floor Jack | | | | $500.00 | $250.00 |
| | | | Grand Total | | $2,900.00 | $1,450.00 |

Breezewood All American Plaza Equipment Inventory Store - #07

| Quantity | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| | Store Chek | | | | $28,000.00 | $28,000.00 |
| 17 | 3' End Caps with Decks | Lozier | | | $3,400.00 | $1,700.00 |
| 128 | 4' Shelves, Various Depths | Lozier | | | $25,600.00 | $12,800.00 |
| 23 | Double-Faced 4' Gondolas | Lozier | | | $4,600.00 | $2,300.00 |
| 1 | Hot Dog Grill & Bun Warmer | | | | $1,000.00 | $500.00 |
| 1 | Microwave | | | | $600.00 | $300.00 |
| 1 | Open-Front Refrigerated Case | Masterbuilt | | | $2,500.00 | $1,250.00 |
| | | | Grand Total | | $65,700.00 | $46,850.00 |

Petro Breezewood

Garage Equipment Listing

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | 3/4" Drive socket Set | Grey Pneumatic | 11/16 thru 1 1/2 | 8034 | $ 350.00 | $ 175.00 |
| 1 | 600 Ft./lb. Torque Wrench | ATD | 3/4" Drive | | $ 550.00 | $ 275.00 |
| 1 | Air Compressor | Champion | HR10D-25 | R30 53530 | $ 15,000.00 | $ 7,500.00 |
| 1 | Air Compressor | Champion | HGR5-3K | R15 113203 | $ 2,500.00 | $ 1,250.00 |
| 1 | Air Compressor | Champion | HGR5-3K | R15 113203 | $ 2,500.00 | $ 1,250.00 |
| 3 | Air Jack | Norco | 22-ton | | $ 575.00 | $ 287.50 |
| 1 | Air Jack | Chicago Pneumatic | CP-705-20TCS | | $ 375.00 | $ 187.50 |
| 1 | Air Wrench | CP | 1" Drive | | $ 525.00 | $ 262.50 |
| 5 | Air Wrenches | CP | CP-797-6 | | $ 475.00 | $ 237.50 |
| 2 | Battery Chargers | Solar | 560a | | $ 490.00 | $ 245.00 |
| 1 | Battery Chargers | Solar | 550 | | $ 485.00 | $ 242.50 |
| 1 | Battery Tester | Auto Meter | SB-5T | 50358 | $ 800.00 | $ 400.00 |
| 2 | Electronic Meters | Graco | 238511 | | $ 425.00 | $ 212.50 |
| 1 | Filter Crusher | Gray | QP-160 | | $ 3,000.00 | $ 1,500.00 |
| 3 | FireBall Oil Pumps | Graco | 203-876 | | $ 600.00 | $ 300.00 |
| | Grand Total | | | | | |
| 1 | Grease Gun (Air) | Lincoln | 82054 | | $ 615.00 | $ 307.50 |
| 6 | Hose Reels | Graco | 240-963 | | $ 456.00 | $ 228.00 |
| 1 | Hydraulic Roll Around Lift | Coats | 501 | | $ 1,200.00 | $ 600.00 |
| 1 | Mig Welder | Snap-On | MM140SL | 4818 | $ 3,000.00 | $ 1,500.00 |
| 1 | Porta Power Set | Black Hawk | 10-Ton | | $ 400.00 | $ 200.00 |
| 2 | Preset Oil Meters | Wesbrook | | | $ 425.00 | $ 212.50 |
| 1 | Press | 15 ton | | | $ 500.00 | $ 250.00 |
| 2 | Pressure Washer | Landa | | | $ 3,500.00 | $ 1,750.00 |
| 2 | Refrigerant Recovery & Recycler | Robinair | 34700 | 15395 | $ 3,500.00 | $ 1,750.00 |
| 6 | Storage Bins with Drawers | Vidmar | | | $ 800.00 | $ 400.00 |
| 1 | Tire Cage with Bead Breaker | | | | $ 1,500.00 | $ 750.00 |
| 1 | Tire Changer | Coats | 2020 | | $ 1,800.00 | $ 900.00 |
| 1 | Tire Spreader (Air) | Branick | | | $ 1,200.00 | $ 600.00 |
| 1 | Torpedo Heater | | | | $ 495.00 | $ 247.50 |
| 2 | Torque Wrenches | MATCO | 1/2" Drive | | $ 300.00 | $ 150.00 |
| 1 | Transmission Jack | | | | $ 1,600.00 | $ 800.00 |
| 1 | Truck Tire Balancer | Coats | 6401 | 9802069658 | $ 7,988.00 | $ 3,994.00 |
| 2 | Trucks | | Mobile Power Units | | $ 1,500.00 | $ 750.00 |
| 1 | Welder | Lincoln | AC225-5 | 5348-5105 | $ 300.00 | $ 150.00 |
| 1 | Wheel Bearing Locknut Wrench Set | OTC | 9851 | | $ 500.00 | $ 250.00 |
| 1 | Wheel Dolly | Lincoln | LN-93765 | | $ 450.00 | $ 225.00 |
| | | | | Grand Total | $ 60,679.00 | $ 30,339.50 |

Breezewood All American Plaza Equipment Inventory Restaurant - #07

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Alto-Shaam | | | | $6,000.00 | $3,000.00 |
| 1 | Charbroiler | Southbend | SOOC-24A-R | 96K14354 | $2,200.00 | $1,100.00 |
| 1 | Cooler | True Mfg | | 443089 | $2,500.00 | $1,250.00 |
| 1 | Dining Room Pkg | | | | $50,000.00 | $25,000.00 |
| 1 | Egg Grill | Southbend | SG 48 | 96K14720 | $2,200.00 | $1,100.00 |
| 1 | Fryer | Southbend | 14-32 | 96K14648 | $2,200.00 | $1,100.00 |
| 1 | Fryer | Southbend | 14-32 | 96K14747 | $2,200.00 | $1,100.00 |
| 1 | Ice Machine | Hoshizaki | KM-1200MRE | | $4,000.00 | $2,000.00 |
| 1 | Meat Grill | Southbend | SG 48 | 96K14718 | $2,200.00 | $1,100.00 |
| 6 | Microwave | Panasonic | | | $5,400.00 | $2,700.00 |
| 1 | Mixer | Kitchen-Aid | | | $2,500.00 | $1,250.00 |
| 1 | Proofer | Metro | CM2000 | | $2,000.00 | $1,000.00 |
| 1 | Range Top Stove w/Oven | Southbend | 300 | 96K14351 | $6,000.00 | $3,000.00 |
| 1 | Reach-In Cooler | Traulsen | GHT-2-32Noot | 167415 | $3,600.00 | $1,800.00 |
| 1 | Reach-In Cooler | Amana | RTS 728 | 64715 | $2,500.00 | $1,250.00 |
| 1 | Reach-In Ice Freezer | Leer | | | $2,500.00 | $1,250.00 |
| 1 | Reach-In-Cooler | Beverage-Air | ER24-1AG | 3980709 | $2,500.00 | $1,250.00 |
| 1 | Perkins POS | | | | $28,000.00 | $28,000.00 |
| 1 | Roll Warmer | Hatco | | | $1,800.00 | $900.00 |
| 3 | S/S - Small Tables | | | | $3,000.00 | $1,500.00 |
| 1 | S/S Mixer | Hobart | 0-300-0 | 1489438 | $4,000.00 | $2,000.00 |
| 3 | S/S Work Tables | | | | $3,000.00 | $1,500.00 |
| 1 | Salad Bar Unit | Randall | 9305-1 | PH 500 | $1,800.00 | $900.00 |
| 1 | Slicer | Hobart | 8064 | 1470121 | $3,600.00 | $1,800.00 |
| 1 | Small Ice Cream Freezer | | | | $1,200.00 | $600.00 |
| 1 | Walk-In Cooler | Victor | | | $6,000.00 | $3,000.00 |
| 1 | Walk-In Cooler | Vollrath | | | $6,000.00 | $3,000.00 |
| 2 | Walk-In Freezers | Victor | | | $12,000.00 | $6,000.00 |
| | | | | Grand Totals | $170,900.00 | $99,450.00 |

Breezewood All American Plaza | Equipment Inventory | Food Court - #07

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 2 | 2-Foot Prep Tables | | | | $400.00 | $200.00 |
| 1 | 4-Foot Prep Table | | | | $400.00 | $200.00 |
| 1 | Ice Cream Freezer | Hershey's | | | $1,200.00 | $600.00 |
| 1 | 39 1/2" Table | | | | $500.00 | $250.00 |
| 1 | 3-Bay Sink | | | | $500.00 | $250.00 |
| 1 | 2-Door Pizza Oven | | | | $750.00 | $375.00 |
| 1 | 27" Refrigerated Pizza Table | | | | $2,000.00 | $1,000.00 |
| 1 | 2-Bin Fryer | | | | $2,500.00 | $1,250.00 |
| 3 | Microwaves | | | | $1,800.00 | $900.00 |
| 1 | 8' Cooler Prep Table | | | | $500.00 | $250.00 |
| 2 | Warming Cabinets | | | | $800.00 | $400.00 |
| 1 | Oven | Proffer | | | $3,500.00 | $1,750.00 |
| 1 | 30" Slicer Table | | | | $200.00 | $100.00 |
| 1 | Blimpie Slicer | | | | $3,500.00 | $1,750.00 |
| 1 | 5' Blimpie Prep Table | | | | $1,200.00 | $600.00 |
| 2 | Digital Scales | Taylor | | | $500.00 | $250.00 |
| 1 | Slicer | | | | $3,000.00 | $1,500.00 |
| | | | Grand Total | | $23,250.00 | $11,625.00 |

FRYSTOWN ALL AMERICAN
EQUIPMENT INVENTORY SUMMARY

| Department Area | Replacement Cost | Estimated Value |
|---|---|---|
| Offices | $0.00 | $0.00 |
| Fuel | $186,300.00 | $93,150.00 |
| Maintenance | $0.00 | $0.00 |
| Store | $67,510.00 | $46,400.00 |
| Fuel Island Store | $0.00 | $0.00 |
| Motel | $29,200.00 | $14,600.00 |
| Garage | $90,361.90 | $45,180.95 |
| Public Areas | $0.00 | $0.00 |
| Restaurant | $226,800.00 | $119,400.00 |
| Subway | $0.00 | $0.00 |
| Warehouse | $7,700.00 | $3,850.00 |
| Food Court | $0.00 | $0.00 |
| **Facility Total** | **$600,171.90** | **$318,730.95** |

Frystown All American Plaza | Equipment Inventory | Fuel Island - #09

| Qty | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Scale System | | | | $140,000.00 | $70,000.00 |
| 1 | Tank Monitor | Veeder Root | TLS350 | 8.09512E+13 | $8,000.00 | $4,000.00 |
| 2 | Surveilance Cameras | Sensormatic | L030514CS | 10437667 | $10,000.00 | $5,000.00 |
| 1 | Main Phone w/numerous extensions | | | | $20,000.00 | $10,000.00 |
| 1 | Ice Machine | | VENDER OWNED | | $3,000.00 | $1,500.00 |
| 1 | Computer CPU | Hewlett Packard | D4055A | U564252343 | $1,000.00 | $500.00 |
| 1 | 20" x 17" x 17" Safe | Sentry | 6330 | 3494242 | $1,200.00 | $600.00 |
| 1 | 41" x 21" x 29" Safe | | | | $2,000.00 | $1,000.00 |
| 1 | 25" x 14" x 13" Drop Safe | Gardall | | S-34965 | $600.00 | $300.00 |
| 1 | 21" x 16" x 19" Safe | Gardall | | S-13353 | $500.00 | $250.00 |
| | | | | Grand Total | $186,300.00 | $93,150.00 |

Frystown All American Plaza — Equipment Inventory — Store - #09

| Qty | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 6 | 5' Wide Tall Showcases | | | | $3,600.00 | $1,800.00 |
| 1 | 3' Wide Tall Showcase | | | | $400.00 | $200.00 |
| 25 | Double-Sided Gondola Units | Lozier | 4' x 54"H | | $2,600.00 | $1,300.00 |
| | 3' Double-Sided Gondola Unit | Lozier | 3' | | | |
| | Single-Sided Gondola Unit | Lozier | 3' | | | |
| 1 | Microwave Oven | Sunbeam | 1.6 cu. In. | | 600 | $300.00 |
| 1 | Open Front Sandwich Cooler | Zero Zone | OMCC 36 FIN | A0236147G | $5,500.00 | $2,750.00 |
| 1 | Hot Dog Grill w/Bun Warmer | Round Up | | | $810.00 | $400.00 |
| 1 | 8' 3-Door Ice Cream Chest Merchandiser | Kelvinator | | | $1,500.00 | $750.00 |
| 2 | 4' Tall Showcases | | | | $800.00 | $400.00 |
| | Store Chek System | | | | $28,000.00 | $28,000.00 |
| 3 | Hand Held Scanners | | | | $1,500.00 | $750.00 |
| 111 | 4' Shelves (Various Depths) | Lozier | | | $1,500.00 | $750.00 |
| | 3' Shelves (Various Depths) | Lozier | | | | |
| 1 | Pop Corn Machine | | | | $500.00 | $250.00 |
| 1 | Chest Freezer | | | | $3,000.00 | $150.00 |
| 2 | Upright Freezers | | | | $4,200.00 | $2,100.00 |
| | Walk-In Cooler | | | | $10,000.00 | $1,500.00 |
| 1 | Ice Merchandiser | | | | $3,000.00 | $5,000.00 |
| | | | | Grand Total | $67,510.00 | $46,400.00 |

FRYSTOWN ALL AMERICAN PLAZA EQUIPMENT INVENTORY MOTEL - #09

| Qty | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Shop Vac | Industrial | | | $500.00 | $250.00 |
| 16 | Credenzas | | | | $3,200.00 | $1,600.00 |
| 16 | Nite Stands | | | | $3,200.00 | $1,600.00 |
| 17 | Utility Tables | | | | $1,700.00 | $850.00 |
| 26 | Desk Chairs | | | | $1,300.00 | $650.00 |
| 31 | Mattress & Box Spring Sets | | | | $12,400.00 | $6,200.00 |
| 16 | Lamps | | | | $500.00 | $250.00 |
| 15 | Mirrors | | | | $500.00 | $250.00 |
| 15 | TV Sets | RCA | | | $1,800.00 | $900.00 |
| 35 | Bed Frames | | | | $600.00 | $300.00 |
| 35 | Headboards | | | | $3,500.00 | $1,750.00 |
| | | | | Grand Total | $29,200.00 | $14,600.00 |

Frystown All American | Equipment Inventory | #09 SHOP AREA

| Qty | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 4 | 1" Air Guns (Tires) | | CP797 | | $ 2,100.00 | $ 1,050.00 |
| 1 | 10 Ton Air Lift | SPX | 1590 | | $ 985.00 | $ 492.50 |
| 1 | 1000 Gal. Tank | | | | $ 5,000.00 | $ 2,500.00 |
| 1 | 2 Ring Tire Cages with Ram | | | | $ 625.00 | $ 312.50 |
| 5 | 20 Ton Air Jacks | Blawk Hawk | | | $ 2,625.00 | $ 1,312.50 |
| 1 | 2000 Gal. Tank | | | | $ 8,000.00 | $ 4,000.00 |
| 1 | 3/4" Torke Wrench | | | | $ 475.00 | $ 237.50 |
| 1 | 4-Ring Tire Cage | 1 | | | $ 475.00 | $ 237.50 |
| 2 | 5 Ring Tire Cages | | | | $ 1,100.00 | $ 550.00 |
| 1 | AC Unit | Robinair | 17500B | 564 | $ 3,500.00 | $ 1,750.00 |
| 1 | Anti Freeze Tanker Wagon | SPK | 5076 | | $ 595.90 | $ 297.95 |
| 1 | Arc Welder | Lincoln | AC225S | 870101 | $ 354.00 | $ 177.00 |
| 1 | Battery Charger | Marquette | 39685 | G27711 | $ 459.00 | $ 229.50 |
| 1 | Brake Drum Dolly | OTC | 5017 | 5,735,133 | $ 385.00 | $ 192.50 |
| 1 | Dual Wheel Dolly | Lincoln | 675 | | $ 375.00 | $ 187.50 |
| 1 | Electric Air Compressor | | | | $ 15,000.00 | $ 7,500.00 |
| 1 | Filter Crusher | Gray | OP160 | | $ 3,000.00 | $ 1,500.00 |
| 2 | Frame Jacks (2400 lbs.) | Emerson | 220 | | $ 380.00 | $ 190.00 |
| 2 | Gas Air Compressors | | | | $ 7,000.00 | $ 3,500.00 |
| 1 | Grease Pump | Giant Jet | 1150-002 | 80310 | $ 736.00 | $ 368.00 |
| 16 | Hose Reels | Bare Reel Max | 218-445 | | $ 12,000.00 | $ 6,000.00 |
| 1 | Ingersoll 1" Air Gun | Ingersoll | 2080-6 | cl2419 | $ 475.00 | $ 237.50 |
| 1 | Lot Sweeper | Tennant | 275 | | $ 3,700.00 | $ 1,850.00 |
| 1 | Mig Welder | Miller | 250X | LT3152087 | $ 2,997.00 | $ 1,498.50 |
| 8 | Oil Pumps (Air) | | Graco | | $ 5,832.00 | $ 2,916.00 |
| 2 | Start-All Units | 600 Amp | | | $ 3,000.00 | $ 1,500.00 |
| 1 | Tire Spreader | | | | $ 1,200.00 | $ 600.00 |
| 1 | Wheel Balancer - Electronic/Spin | Coats | 6407 | | $ 7,988.00 | $ 3,994.00 |
| | | | Grand Total | | $ 90,361.90 | $ 45,180.95 |

Frystown All American RESTAURANT EQUIPMENT INVENTORY

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Reach-In Refrigerator | Glenco | ALA-4BT-E | JJ-372090 | $4,200.00 | $2,100.00 |
| 1 | 12 Foot S/S Grill Table w/ 2 Undershelves | | | | $4,700.00 | $2,350.00 |
| 1 | 2 1/2 Foot S/S Breader Station w/ Pan Rack | | | | $200.00 | $100.00 |
| 1 | 2 Burner Stove | WOLF | | | $2,500.00 | $1,250.00 |
| 1 | 3 Foot Grill | Hobart | CG58 | 54-004031 | $200.00 | $100.00 |
| 2 | 3 Foot Grills | Lang | LG36-1 | D-45780 | $4,000.00 | $2,000.00 |
| 1 | 3 Foot S/S Appliance Table w/Undershelf | | | | $500.00 | $250.00 |
| 1 | 3 Foot S/S Cabinet w/ 2 Undershelves | | | | $500.00 | $250.00 |
| 1 | 3 Foot S/S Table | | | | $300.00 | $150.00 |
| 1 | 30 Inch Grill | Keating | 30BLD | R99195 | $2,000.00 | $1,000.00 |
| 1 | 5 Foot S/S Table w/ Drawer and Undershelf | | | | $500.00 | $250.00 |
| 1 | 5 Foot S/S Table w/ Undershelf & P/P Rack | | | | $350.00 | $175.00 |
| 1 | 5 Hole Steamtable | Unknown | | | $4,000.00 | $2,000.00 |
| 1 | 50" S/S Counter w/ Refrigerated Base & 4 Shelf Dessert Display | | | | $400.00 | $200.00 |
| 1 | 60 Quart Stand Mixer w/Attachments | Hobart | | | $200.00 | $100.00 |
| 1 | 7 Foot L-Shaped S/S Table | | | | $600.00 | $300.00 |
| 4 | 7 Foot S/S Exhaust Hoods | | | | $10,000.00 | $5,000.00 |
| 1 | 7 Foot S/S Table w/ Drawer and Undershelf | | | | $600.00 | $300.00 |
| 1 | 7 Foot S/S Table w/ Drawer, Undershelf and Overshelf | | | | $600.00 | $300.00 |
| 1 | 8 Foot S/S Counter w/ 4 Cup Dispensers, 3 Cup Rack Holders & | | | | $800.00 | $400.00 |
| 1 | 8 Foot S/S Counter w/ 4 Silverware Holders, 3 Undershelves & | | | | $800.00 | $400.00 |
| 1 | 8 Foot S/S Pick Up Counter | | | | $800.00 | $400.00 |
| 1 | 8 Foot S/S Table w/ Drawer and Undershelf | | | | $500.00 | $250.00 |
| 1 | 8 Foot S/S Table w/Sink and 5 Foot Overhead Rack Shelf | | | | $800.00 | $400.00 |
| 1 | 80" S/S Counter w/ 6 Hole Ice Cream Dipping Cabinet, Sundae | | | | $700.00 | $350.00 |
| 1 | Automatic Meat Slicer | Hobart | 1712 | 56887080 | $3,500.00 | $1,750.00 |
| 1 | Bread Slicer | OLIVER | | | $300.00 | $150.00 |
| 1 | Bun Warmer | STAR | SST-25 | 7059 | $1,000.00 | $500.00 |
| 2 | Clam Shell Grills | LANG | | | $800.00 | $400.00 |
| 1 | Clamshell Grill | Lang | G36TI | A31456 | $400.00 | $200.00 |
| 1 | Combo Range w/ Oven, Flattop Grill and Two Burners | Unknown | | | $4,000.00 | $2,000.00 |
| 1 | Convection Oven | Vulcan | ET8-SMRH | 8731155 | $4,500.00 | $2,250.00 |
| 1 | Conveyor Toaster | Holman | DT-14 | 45179001-0597 | $600.00 | $300.00 |
| 1 | Conveyor Toaster | HOLMAN | DT14 | 30948001-1096 | $600.00 | $300.00 |
| 1 | Cooks Line Fire Protection System | ANSUL | | | $8,000.00 | $4,000.00 |

Frystown All American

RESTAURANT EQUIPMENT INVENTORY

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Deep Fryers | American Range | AF-45 | 20625-50 | $6,000.00 | $3,000.00 |
| | Dining Room Package | | | | $40,000.00 | $20,000.00 |
| 3 | Food Warmers/Slow Cookers | Alto-Sham | 100-THI | 5389-11-192 | $9,000.00 | $4,500.00 |
| 1 | Hobart Mixer w/ Attachments | Hobart | A-200 | 11-178-697 | $3,000.00 | $1,500.00 |
| 1 | Ice Machine | MANITOWOC | S570 | 20221109 | $2,500.00 | $1,250.00 |
| 1 | Manual Meat Slicer | Hobart | Unknown | Unknown | $3,000.00 | $1,500.00 |
| 1 | Microwave Oven | LITTON | FSI4EVP | 12340 | $600.00 | $300.00 |
| 3 | Microwave Ovens | MENU MASTER | FS17EVP | 9603190085 | $1,800.00 | $900.00 |
| 2 | Microwaves | Sharp | R-23GT | 3784 | $1,200.00 | $600.00 |
| 1 | Microwaves | Panasonic | Unknown | Unknown | $500.00 | $250.00 |
| 1 | P/P Sink w/ Two Sinks and Right Sideboard | | | | $1,500.00 | $750.00 |
| 1 | Portable Electric Deep Fryer | | | | $700.00 | $350.00 |
| 1 | Pressure Fryer | Henny Penny | S200-SM | 4478 | $4,500.00 | $2,250.00 |
| 1 | Reach-In Freezer | Traulsen | LT-132WUT-022 | T710970K99 | $4,200.00 | $2,100.00 |
| 1 | Reach-In Refrigerator | Traulsen | RHT132WUT-02C | T601980G99 | $4,200.00 | $2,100.00 |
| 1 | Reach-In Refrigerator | Jordan | SAV-40-T | PR-50924-985 | $4,200.00 | $2,100.00 |
| | Refrigerated Base w/ Bain Marie & 3 Cup Rack Holders | | | | $2,500.00 | $1,250.00 |
| 1 | Refrigerated Milkshake Machine | TAYLOR | | | $500.00 | $250.00 |
| 2 | Rotisserie Ovens | SAVORY | | | $4,000.00 | $2,000.00 |
| 1 | S/S Appliance Stand | | | | $500.00 | $250.00 |
| 1 | S/S Sink Unit with 2 Sinks and Dual Sideboards | | | | $800.00 | $400.00 |
| 1 | Single Hole Soup Warmer | STAR | | | $400.00 | $200.00 |
| 2 | Steam Kettles | | | | $1,500.00 | $750.00 |
| 1 | Steamer | Cleveland | 24CGA10 | WC4177897101 | $4,000.00 | $2,000.00 |
| 1 | Store Check Computer System | | | | $12,000.00 | $12,000.00 |
| 1 | Walk-In Freezer | | | | $12,000.00 | $6,000.00 |
| 1 | Walk-In Freezer (DOCK) | | | | $12,000.00 | $6,000.00 |
| 1 | Walk-In Refrigerator | | | | $12,000.00 | $6,000.00 |
| 1 | Walk-In Refrigerator (DOCK) | | | | $12,000.00 | $6,000.00 |
| 1 | Warming Oven | HATCO | | | $1,250.00 | $625.00 |
| | | | | Grand Total | $226,800.00 | $119,400.00 |

FRYSTOWN ALL AMERICAN PLAZA EQUIPMENT INVENTORY WAREHOUSE - #09

| Qty | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Fork Lift | TCM Mfg. | FGG25T7T | A15602999 | $6,000.00 | $3,000.00 |
| 1 | Pallet Jack | QLTY | | | $600.00 | $300.00 |
| 1 | Pressure Steamer | Karcher | HD'S 100B | | $600.00 | $300.00 |
| 1 | Safe | Sargent & Green Leaf Co. | | | $500.00 | $250.00 |
| | | | | Grand Total | $7,700.00 | $3,850.00 |

CLARKS FERRY ALL AMERICAN
EQUIPMENT INVENTORY SUMMARY

| Department Area | Replacement Cost | Estimated Value |
|---|---|---|
| Fuel Island | 317,600.00 | 177,800.00 |
| Offices | 15,000.00 | 7,500.00 |
| Store | 7,000.00 | 3,500.00 |
| Restaurant | 130,300.00 | 71,150.00 |
| Subway | 24,250.83 | 12,125.42 |
| **Facility Total** | **469,900.00** | **259,950.00** |

CLARKS FERRY ALL AMERICAN — Equipment Inventory — STORE and DELI AREA

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Pizza Warmer | Hatco | | | $500.00 | $250.00 |
| 1 | Hot Dog Grill w/bun Warmer | | | | $800.00 | $400.00 |
| 1 | Microwave | Samsong | | | $500.00 | $250.00 |
| 1 | 3' 4-Way Shelf Unit w/12 shelves | Lozier | | | $500.00 | $250.00 |
| 97 | 4' Shelves of Various Depths | | | | $1,300.00 | $650.00 |
| 20 | Double-sided 3' Gondolas | | | | $2,000.00 | $1,000.00 |
| 2 | 5' Wide Tall Showcases | | | | $1,000.00 | $500.00 |
| 1 | 4' Wide Low Showcases | | | | $400.00 | $200.00 |
| | | | | Grand Total | $7,000.00 | $3,500.00 |

Clarks Ferry All American | Equipment Inventory | GAS and DIESEL ISLANDS

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| | Trendar POS System | | | | $28,000.00 | $19,000.00 |
| | Gilbarco System | | | | $20,000.00 | $10,000.00 |
| | Store Chek | | | | $28,000.00 | $28,000.00 |
| | Scale System | | | | $140,000.00 | $70,000.00 |
| 1 | Tank Monitor | Veeder-Root | TLS 350 | 6083971530501 | $8,000.00 | $4,000.00 |
| 1 | Safe | Wilson | | K28875 | $800.00 | $400.00 |
| 1 | Safe | Gardoll | 350 | 53120 | $800.00 | $400.00 |
| 1 | Kerosene Pump | Gilbarco | JHAO | | $6,000.00 | $3,000.00 |
| 8 | Gas Pumps | Gilbarco | B65 | | $32,000.00 | $16,000.00 |
| 2 | Diesel Pumps | Gilbarco | JHA1 | | $12,000.00 | $6,000.00 |
| 6 | Diesel Pumps | Gilbarco | JHD5 | | $36,000.00 | $18,000.00 |
| 1 | Satellite Diesel Pump | Gilbarco | JHC6 | | $6,000.00 | $3,000.00 |
| | | | | Grand Total | $317,600.00 | $177,800.00 |

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | CPU | Micom | MB-A241 | 928P5906 | $1,000.00 | $500.00 |
| 1 | Copier | Sharp | SF2022 | 36212190 | $3,000.00 | $1,500.00 |
| 1 | CPU | AMD | | | $1,000.00 | $500.00 |
| 16 | Cameras | Sensormatic | 2003004201 | | $10,000.00 | $5,000.00 |
| | | | | Grand Total | $15,000.00 | $7,500.00 |

Clarks Ferry All American SUBWAY EQUIPMENT INVENTORY

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Proofer/Oven Baking Center | NU-VU | OP 2LFM | 121-9000 | $ 3,442.76 | $ 1,721.38 |
| 1 | Speed Oven | Duke | | | $ 3,998.50 | $ 1,999.25 |
| 1 | 25" Warmer | Duke | | | $ 1,168.31 | $ 584.16 |
| 1 | 48" Cold Section w/ Day Cover | Duke | | | $ 3,093.20 | $ 1,546.60 |
| 1 | 60" Cold Section w/Day Cover | Duke | | | $ 3,386.43 | $ 1,693.22 |
| 1 | 49" Cash Section ADA/Operator | Duke | | | $ 1,086.80 | $ 543.40 |
| 1 | Refrigerated Back Counter 48" | Duke | | | $ 1,396.12 | $ 698.06 |
| 1 | Back Counter 6' | Duke | | | $ 664.62 | $ 332.31 |
| 1 | Back Counter 5' | Duke | | | $ 561.17 | $ 280.59 |
| 1 | Back Counter w/ Sink | Duke | | | $ 181.50 | $ 90.75 |
| 1 | Soup Warmer | Duke | | | $ 328.00 | $ 164.00 |
| 1 | 70" High Bread Cart | | CAB76-RR33 | | $ 372.90 | $ 186.45 |
| 1 | Subway POS | Micros | | | $ 4,570.52 | $ 2,285.26 |
| | | | | Grand Total | $ 24,250.83 | $ 12,125.42 |

| QTY | Description | Make | Model | Serial # | Replacement Cost | Estimated Value |
|---|---|---|---|---|---|---|
| 1 | Microwave | Sharp | R21HY | 2369 | $600.00 | $300.00 |
| 1 | Refrigerated Dessert Case | True | Genn-23 | 1-2503882 | $1,500.00 | $750.00 |
| 1 | Refrigerated Pie Case | Randall | 44350 AM | W000034110 | $3,500.00 | $1,750.00 |
| 1 | 5-hole Hot Buffet | | | | $4,000.00 | $2,000.00 |
| 1 | 5-hole Cold/Salad Bar | | | | $4,000.00 | $2,000.00 |
| 1 | Reach-In Freezer | True | T-23F | AJ24252 | $4,200.00 | $2,100.00 |
| 1 | Double Deep Fryer | American Range | AF 45 | 20625-49 | $3,000.00 | $1,500.00 |
| 1 | Double Deep Fryer | American Range | AF 45 | 20318-34 | $3,000.00 | $1,500.00 |
| 4 | Grills | Lang | | | $6,000.00 | $3,000.00 |
| 2 | S/S Grill Stands | | | | $2,000.00 | $1,000.00 |
| 1 | Broiler | Tec | | | $3,000.00 | $1,500.00 |
| 3 | S/S Prep Tables w/Bottom Shelf | | | | $1,500.00 | $750.00 |
| 2 | S/S Prep Tables w/Double Upper Shelves | | | | $1,000.00 | $500.00 |
| 2 | Double Holding Oven | Alto-Shram | 1000-TH-I | 4484-28-1186 | $4,000.00 | $2,000.00 |
| 2 | Microwaves | MenuMaster | | | $1,200.00 | $600.00 |
| 2 | Exhaust Hoods 2-piece Smokeater | | | | $8,000.00 | $4,000.00 |
| 1 | Double Conveyer Toaster | Holman | | | $700.00 | $350.00 |
| 1 | Double Convection Steamer | Cleveland | | | $4,200.00 | $2,100.00 |
| 1 | Convection Oven | Groen | | | $4,000.00 | $2,000.00 |
| 1 | Pressure Fryer | HennyPenny | 600 | 47307 | $2,500.00 | $1,250.00 |
| 1 | Triple-Sink Unit | | | | $700.00 | $350.00 |
| 2 | Steam Kettle | Groen | TOB/7-40 | 28799 | $1,000.00 | $500.00 |
| 5 | S/S Equipment Stands | | Portable | | $1,500.00 | $750.00 |
| 1 | Mixer w/Attachments | Hobart | A200 | 11-355-202 | $7,000.00 | $3,500.00 |
| 1 | Slicer | Hobart | 1712L | 56-908-070 | $3,200.00 | $1,600.00 |
| 1 | Proofer | Metro | CM200 | | $2,500.00 | $1,250.00 |
| 1 | Walk-In Freezer | Hartford | Dunacool | | $12,000.00 | $6,000.00 |
| 1 | Walk-In Refrigerator | Hartford | Dunacool | | $12,000.00 | $6,000.00 |
| 1 | Walk-In Freezer | | | | $12,000.00 | $6,000.00 |
| 1 | Ice Machine | Manitowoc | | | $1,500.00 | $750.00 |
| 1 | Smoker | CookShack | 105 | 732 | $1,500.00 | $750.00 |
| 1 | Store Chek System | | | | $12,000.00 | $12,000.00 |
| 1 | CPU w/Monitor & Keyboard | | | | $1,000.00 | $500.00 |
| 1 | Nine-Pin Printer | Oki | Micro Line | | $250.00 | $125.00 |
| 1 | Printer | Hewlett Packard | DeskJet 932C | | $250.00 | $125.00 |
| | | | | Grand Total | $130,300.00 | $71,150.00 |

#30



January 2010

| GL Code | Description | Clarks Ferry | Breezewood | Frystown | Total |
|---|---|---|---|---|---|
| | Diesel | | | | - |
| | Unleaded | 15,603.06 | 9,127.88 | | 24,730.94 |
| | Unleaded Premium | 4,444.48 | 5,383.24 | | 9,827.72 |
| | Kerosene | 1,455.24 | | | 1,455.24 |
| | Heating Oil | 2,801.56 | | | 2,801.56 |
| | Deli | 2321.04 | 600.75 | 1050.52 | 3,972.31 |
| | Beverages | 6731.83 | 6825.93 | 3717.02 | 17,274.78 |
| | Groceries | 5723.78 | 4432.87 | 5318.88 | 15,475.53 |
| | Salty Snacks | 2357.10 | 1987.43 | 2440.93 | 6,785.46 |
| | Candy/Gum | 1649.99 | 2083.80 | 2024.45 | 5,758.24 |
| | HBA | 4825.80 | 1554.20 | 1346.87 | 7,726.87 |
| | Truck Accessories | 29978.90 | 28385.05 | 41756.36 | 100,120.31 |
| | Clothing | 3702.33 | 8122.81 | 3639.40 | 15,464.54 |
| | Entertainment | 3911.54 | 1112.15 | 5550.46 | 10,574.15 |
| | Gifts | 7602.78 | 28058.27 | 31016.02 | 66,677.07 |
| | Oil/Additives | 8065.35 | 7347.31 | 6953.61 | 22,366.27 |
| | Tobacco Products | 1592.77 | 519.96 | 2528.91 | 4,641.64 |
| | Cigarettes | 13736.04 | 3774.88 | 7911.47 | 25,422.39 |
| | Electronics | 10078.89 | 16702.50 | 19361.75 | 46,143.14 |
| | Food | 11124.31 | 11816.26 | 16356.20 | 39,296.77 |
| | Subway | 3232.32 | | | 3,232.32 |
| | Taco Maker | | 1258.02 | | 1,258.02 |
| | Blimpies | | 2407.59 | | 2,407.59 |
| | Chicago Pizza | | 825.20 | | 825.20 |
| | Garage Parts | | 138732.67 | 165172.27 | 303,904.94 |
| | Garage Tires/Tubes | | 130309.51 | 132824.09 | 263,133.60 |
| | Garage Oil/Additives | | 19033.10 | 23843.63 | 42,876.73 |
| | | 140,939.10 | 430,401.38 | 472,812.84 | 1,044,153.32 |

Dept. Managers

December 2009

| GL Code | Description | Clarks Ferry | Breezewood | Frystown | Total |
|---|---|---|---|---|---|
| | Diesel | | | | - |
| | Unleaded | 26,573.48 | 23,372.15 | | 49,945.63 |
| | Unleaded Premium | 10,606.55 | 7,385.40 | | 17,991.95 |
| | Kerosene | 1,455.24 | | | 1,455.24 |
| | Heating Oil | 2,804.19 | | | 2,804.19 |
| | Deli | 2098.35 | 685.42 | 1396.03 | 4,179.80 |
| | Beverages | 8158.63 | 8695.93 | 4259.78 | 21,114.34 |
| | Groceries | 6173.97 | 5603.44 | 5850.26 | 17,627.67 |
| | Salty Snacks | 2754.34 | 2592.33 | 2409.21 | 7,755.88 |
| | Candy/Gum | 2149.93 | 2675.03 | 2109.51 | 6,934.47 |
| | HBA | 3781.16 | 1642.09 | 1414.31 | 6,837.56 |
| | Truck Accessories | 28951.24 | 28855.85 | 49029.05 | 106,836.14 |
| | Clothing | 3442.39 | 8256.09 | 3879.42 | 15,577.90 |
| | Entertainment | 4301.76 | 2314.63 | 6061.74 | 12,678.13 |
| | Gifts | 7323.08 | 28865.09 | 32726.30 | 68,914.47 |
| | Oil/Additives | 6992.11 | 7470.83 | 9828.19 | 24,291.13 |
| | Tobacco Products | 1921.48 | 403.28 | 2664.32 | 4,989.08 |
| | Cigarettes | 8445.37 | 4899.33 | 8130.84 | 21,475.54 |
| | Electronics | 9945.65 | 17344.11 | 20205.98 | 47,495.74 |
| | Food | 13398.68 | 13038.59 | 18373.54 | 44,810.81 |
| | Subway | 1746.27 | | | 1,746.27 |
| | Taco Maker | | 880.60 | | 880.60 |
| | Blimpies | | 2151.78 | | 2,151.78 |
| | Chicago Pizza | | 454.57 | | 454.57 |
| | Garage Parts | | 136840.48 | 169019.19 | 305,859.67 |
| | Garage Tires/Tubes | | 135103.81 | 142043.45 | 277,147.26 |
| | Garage Oil/Additives | | 23155.65 | 22223.19 | 45,378.84 |
| | | 153,023.88 | 462,686.48 | 501,624.31 | 1,117,334.66 |

Department Managers

