IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1-10-bk-00273-MDF |
| ALL AMERICAN PROPERTIES, INC. | : | |
| *fka* All American Plazas, Inc. | : | |
| | : | CHAPTER 11 |
| Debtor | : | |

## ORDER

Upon Consideration of the First Stipulation Allowing Use of Cash Collateral ("First Stipulation") entered into by the Debtor and US Bank National Association, it is

**HEREBY ORDERED** that the terms and conditions of the First Stipulation are approved as if more fully set forth herein, including, but not limited to the extension of the use by the Debtor of Cash Collateral through and including May 27, 2010; it is

**FURTHER ORDERED** that the Debtor and the Secured Creditor may extend the Debtor's Use of Cash Collateral beyond May 27, 2010 by filing with the Court a Certificate of Consent entered into by the Debtor and the Secured Creditor.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(JK)

*This document is electronically signed and filed on the same date.*

Dated: April 2, 2010